November 15, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HOUSTON UNLIMITED, INC.  METAL PROCESSING, Appellant

NO. 14-10-01006-CV                              V.

MEL ACRES RANCH, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, Mel Acres Ranch, signed July 15, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant, Houston Unlimited, Inc.  Metal Processing, to pay all costs in this appeal. We further order the decision certified below for observance.